FILED
CLERK, U.S. DISTRICT COURT

DEC 29 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

2:16-MJ-02538

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| LILITH DRACONIS, aka DOUGLAS KIMMEY | ) Allegations of Violations of Probation |
| | ) Supervised Release) |
| | ) Conditions of Release) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ☒  the appearance of defendant as required; and/or

    (B)  ☒  the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

She is not a ~~flight risk~~ danger to the community.

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

She is not a flight risk

IT IS ORDERED that defendant be detained.

DATED: 12/29/2016

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2